ACCEPTED
12-17-00286-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/1/2017 10:12 AM
Pam Estes
CLERK

# T

# CHRISTOPHER D. TINSLEY, PC

## ATTORNEY AT LAW

### TINSLEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/1/2017 10:12:48 AM

PAM ESTES
Clerk

December 1, 2017

Cathy S. Lusk
Clerk, 12th Court of Appeals
1517 W. Front Street, Suite 354
Tyler, Texas 75702

Re:             Regina Feltman v. The State of Texas

Appeal Number:       12-17-00286-CR

Trial Number:        2016-0787CCL

Mrs. Lusk,

Please accept this letter as certification under Rule 48.4 that on December 1, 2017, I mailed a copy of the Court's Opinion to Regina Feltman to her last known address by certified mail, return receipt requested. The letter advised Mrs. Feltman of his right to pursue a Petition for Discretionary Review under Texas Rule of Appellate Procedure 68. A copy of this letter is attached hereto.

Feel free to contact me if my certification is incomplete.

Sincerely,

Christopher D. Tinsley

---



# CHRISTOPHER D. TINSLEY, PC

## ATTORNEY AT LAW

December 1, 2017

Regina Feltman
Henderson Count Jail
206 N. Murchison St.
Athens, Texas 75751

7016 1970 0000 7075 5258

Re:   Regina Feltman v. The State of Texas

Appeal Number:  12-17-00286-CR

Trial Number:  2016-0787CCL

Mrs. Feltman,

  On November 15, 2017 I received the opinion from the 12th Court of Appeals. The Court of Appeals dismissed your appeal as we discussed based on our motion to dismiss.

  The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the 12th Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the 12th Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. The date of the opinion was July 20, 2016, so a PDR would be due to be filed with the 12th Court of Appeals no later than August 20, 2016. The 12th Court of Appeals would forward any PDR to the Court of Criminal Appeals. The address to the12th Court of Appeals is 1517 West Front Street, Suite 354, Tyler, Texas 75702.

  Feel free to contact me if you have any questions.

Sincerely,

Christopher D. Tinsley

---



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 15, 2017**

**NO. 12-17-00286-CR**

**REGINA ANN FELTMAN,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the County Court at Law No 1

of Henderson County, Texas (Tr.Ct.No. 2016-0787CCL)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

# NO. 12-17-00286-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *REGINA ANN FELTMAN,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW NO. 1* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Regina Ann Feltman, has filed a motion to dismiss this appeal. The motion is signed by Appellant and her counsel. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed.*** *See* TEX. R. APP. P. 42.2(a).

Opinion delivered November 15, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

1. Article Addressed to:

Regina Feltman
Henderson Co. Jail
206 N. Murchison St.
Athens, Tx. 75751

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 2725 6351 2660 52

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7016 1970 0000 7075 5258

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7016 1970 0000 7075 5258

For delivery information, visit our website at *www.usps.com®*.

# OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Regina Feltman
Street and Apt. No., or PO Box No.
Jail - 206 N. Murchison St.
City, State, ZIP+4
Athens, Tx. 75751

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions